IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

CHANDRA LYONS CORTEZ                                      PLAINTIFF

      v.                Civil No. 09-2063

TORIE ANDERSON, Employee,
SN Servicing; THOMAS BURNS,
Attorney; SGT. GEORGIA BROWN,
Sebastian County Sheriff's Department;
STEVE NELSON, Administrator, SN
Servicing; SHARON FEWELL, Attorney;
BRANDON TAYLOR, Foreclosure
Manager; and JOE JEFFRY JACKSON,
Professional Movers                                          DEFENDANTS

## ORDER

Plaintiff filed an application to proceed *in forma pauperis* (IFP)(Doc. 1). As her answer to question five of the application was not complete, plaintiff was directed to complete, sign, and return another application (Doc. 8). She has now submitted a complete IFP application (Doc. 9). The motions to proceed IFP (Doc. 1 and Doc. 9) are granted.

Plaintiff has also filed a motion to amend her complaint (Doc. 7). She seeks to add U.S. Bank as a defendant. The motion is granted. **The clerk is directed to add U.S. Bank (U.S. Bancorp) as a defendant**.

IT IS SO ORDERED this 21st day of September 2009.

                                                            /s/ *J. Marschewski*
                                                       HON. JAMES R. MARSCHEWSKI
                                                       UNITED STATES MAGISTRATE JUDGE