```
           IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                   FORT SMITH DIVISION
```

CHANDRA LYONS CORTEZ                                    PLAINTIFF

    V.                    Civil No. 09-2063

TORIE ANDERSON, *et al.*                               DEFENDANTS

## O R D E R

On this 30th day of March 2010, there comes on for consideration the report and recommendation filed in this case on March 10, 2010, by the Honorable James R. Marschewski, United States Magistrate for the Western District of Arkansas. (Doc. 13). Also before the Court are Plaintiff's objections to the report and recommendation (doc. 14).

The court has reviewed this case *de novo* and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Plaintiff's Complaint is DISMISSED WITH PREJUDICE. *See* 28 U.S.C. § 1915(e)(2)(B)(On review, the court is to dismiss the complaint, or any portion of the complaint, that is frivolous, malicious, or fails to state a claim upon which relief may be granted, or seeks monetary relief from a defendant who is immune from such relief.).

IT IS SO ORDERED.

                                        /s/ Robert T. Dawson
                                        Honorable Robert T. Dawson
                                        United States District Judge